588

468 A.2d 837

Commonwealth v. Kline, Appellant.

Submitted February 9, 1983. John J. Speicher, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Order affirmed.

468 A.2d 838

Commonwealth v. Long, Appellant.

Submitted September 13, 1983. Kenneth R. Dixon, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.